*ligan,* for appellee-plaintiff. *Marvin A. Brill,* for appellant-defendant.

July 26, 1968.

M. P. No. 208. JAMES EDWARD MCPARLIN *v.* HAROLD V. LANGLOIS, *Warden.* Reargument denied. *James Cardono,* Public Defender, *William F. Reilly,* Special Counsel to Public Defender, for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 488. ROSE V. BROOKS TROBE *v.* RHODE ISLAND HOSPITAL TRUST COMPANY. Petition to allow an appeal to be taken and prosecuted from the decree of the Probate Court of the City of Newport dated May 2, 1968 admitting to probate an alleged last will and testament of Irene H. MacIlravy dated January 3, 1967, pursuant to G. L. 1956, §9-21-6, as amended, granted. *Edwin O. Halpert,* for petitioner. *Corcoran, Peckham & Hayes, Edward B. Corcoran,* of counsel, for respondent.

M. P. No. 491. ARTHUR J. PETERS *v.* HAROLD V. LANGLOIS. Certiorari denied. *Arthur J. Peters,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 493. JOSEPH J. MACIOCI, *Guardian* ad Litem of Rose Smith *v.* ESTATE OF ABRAHAM G. SMITH, *et als.* Certiorari denied. *Macioci & Grimm, Joseph J. Macioci* and *E. Paul Grimm,* for petitioner. *Moore, Virgadamo, Boyle & Lynch, Francis J. Boyle,* of counsel, Guardian for Anna Smith Rubin.

Ex. &c. No. 10722. STATE *v.* MARC MICKEY PAGE. Reargument denied. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for complainant. *James Cardono,* Public Defender, *Eugene F. Toro,* Special Counsel to Public Defender, for defendant.

APPEAL No. 256. THOMAS LE BLANC AND DORIS LE BLANC, *et al. v.* STANLYE BALON D/B/A BLACKSTONE CATERING CO. Second motion for leave to file petition for reargument denied.